UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

ASTONIA R. WICKS,

        Defendant.

NO. CR. S-01 0383 WBS

ORDER

----oo0oo----

On January 28, 2005, defendant filed a form Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255. The United States filed its opposition to the motion on March 22, 2005. In her reply to the opposition, filed April 8, 2005, defendant correctly concludes that:

> It has been brought to my attention that my plea agreement included a waiver for collateral attack on the conviction or sentence. Therefore I respectfully request to withdraw my request for relief.

In accordance, with defendant's request, it is hereby ordered that the motion be, and the same hereby is, DENIED.

DATED: April 18, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1